UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                    CHAPTER 13

TINA M. SWANSON                                              CASE NO.  11-83478

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Illinois Housing Development Authority     **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 8434

*Final Cure Amount*

| | | |
|---|---|---|
| Amount of Prepetition Arrears | | $8991.32 (Per Creditor's Proof of Claim) |
| | | +  300.00 (Per Allowed Cost of Collection Claim) |
| | Total | $9291.32 |
| | | |
| Amount Paid by Trustee | | $9291.32 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   12/1/2016                                     /s/Lydia S. Meyer
                                                                Lydia S. Meyer, Trustee
                                                                308 W. State St., Suite 212
                                                                Rockford, IL  61101

Certificate of Service
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of December, 2016.

Dated:   12/1/2016                                     /s/Cynthia K. Burnard

ILLINOIS HOUSING DEVELOPMENT AUTHORITY
ATTN: MORTGAGE DISPOSITION BK DEPARTMENT
1 CORPORATE  DRIVE, STE. 360
LAKE ZURICH, IL 60047-8945

BANK OF AMERICA
CUSTOMER SERVICE
PO BOX 5170
SIMI VALLEY, CA  93062-5170

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

TINA M. SWANSON
502 . 19TH AVE.
STERLING, IL  61081

OSTLING & ASSOCIATES
ATTORNEY ROBERT P. FOLLMER
201 W. OLIVE
BLOOMINGTON, IL  61701